HERMAN RAAB, RESPONDENT, v. W. P. ELLISON, INCOR-PORATED, ETC., APPELLANT.

Argued March 16, 1917—Decided March 16, 1917.

On appeal from the Supreme Court, whose opinion is reported in 89 *N. J. L.* 416.

For the respondent, *George D. Hendrickson.*

For the appellant, *Davis & Hastings.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WIL-LIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.